IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIEVES COLON, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. _____ |
| ) | |
| **RICHARD ASHBY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant HEADBANGERS, INC. (incorrectly identified as "Headbanger's Promotions, Inc.") (hereinafter, "Headbangers"), through its attorneys, files this Notice of Removal from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and in support thereof states as follows:

1. This Court has original jurisdiction of this action based on diversity of citizenship, pursuant to 28 U.S.C. § 1332.

2. Plaintiffs Nieves Colon, Richard Colon, Prichard Colon and Sean Bogle ("Plaintiffs") seek damages over and above $75,000, exclusive of interests and costs.

3. Neither Plaintiffs in this action nor any of the properly joined Defendants are citizens of the District of Columbia.

4. None of the corporate entities properly joined as Defendants in this action are incorporated in the District of Columbia.

5. None of the corporate entities properly joined as Defendants in this action have their principal place of business in the District of Columbia.

6. Plaintiffs state: "Headbanger's Promotions, Inc. [sic] [is] incorporated and

maintain[s its] principal place of business in the District of Columbia." Complaint, ¶ 4. This is incorrect. In fact, Headbangers is incorporated in the State of Maryland, and its principal place of business is in Maryland. *See* Exhibits A and B, attached hereto.

7. Defendant Dr. Richard Ashby ("Ashby") is a citizen of the State of Maryland. *See* Exhibit C, p. 3, attached hereto.

8. Defendant Family Practice Medical Services, P.C. ("Family Practice") was fraudulently joined as a Defendant in order to manufacture a break in diversity.

9. The Complaint alleges, "on information and belief," that Dr. Ashby's alleged actions in relation to the events described in the Complaint were done "in the scope of his employment, or as an agent or apparent agent, of Family Practice Medical Services, P.C." Complaint, ¶ 7.

10. Plaintiffs' "information and belief" is incorrect, and directly contradicted by available evidence.

11. In fact, Dr. Ashby's alleged actions, as described in the Complaint, were undertaken wholly separate and apart from any alleged employment by or agency with Family Practice, as demonstrated by Dr. Ashby's application to the Commonwealth of Virginia's Department of Professional and Occupational Regulation—in his own name, and not as a "P.C."—for approval as a ringside physician. *See* Exhibit C, p. 1.

12. In any case, Family Practice is not currently incorporated in the District of Columbia as its incorporation has been revoked. *See* Exhibit D. On information and belief, Family Practice's incorporation was revoked before the boxing bout described in the Complaint. The bout occurred on October 17, 2015. Family Practice last filed its requisite biennial report (which is satisfactory for a two-year period) in 2011. Exhibit D, p. 3.

13. On information and belief, Family Practice does not currently exist.

14. Plaintiffs have not alleged that Defendant DiBella Entertainment, Inc. ("DiBella") is incorporated in the District of Columbia or maintains its principal place of business there. It does not.

15. Because there is complete diversity among the properly-joined Defendants, and because none of the properly-joined Defendants are citizens of the District of Columbia, removal is appropriate.

16. This Notice of Removal has been filed within thirty (30) days following Plaintiffs' May 29, 2017 service of the Complaint on Headbangers.

17. As of the date of the filing of this Notice of Removal, DiBella has not been served with a summons and a copy of the Complaint. Nevertheless, counsel for Headbangers has consulted with DiBella regarding this removal and DiBella has consented to the removal.

18. On information and belief, as of the date of the filing of this Notice of Removal, Ashby has not been served with a summons and a copy of the Complaint. Nevertheless, counsel for Headbangers has attempted to consult with Ashby regarding this removal, but has been unable to successfully do so because Ashby has not returned the call to him left with his answering service.

19. A copy of the Complaint Plaintiffs filed in District of Columbia Superior Court and the summons Headbangers received on May 29, 2017, together with a copy of the docket entries from that Court and the discovery Plaintiffs have already served on Headbangers, which is stayed pending a discovery conference pursuant to Federal Rule of Civil Procedure 26(d), are attached hereto and incorporated herein as Exhibit E.

20. Concurrent with the filing of this Notice of Removal, Headbangers has provided written notice, a copy of which is attached hereto as Exhibit F, to Plaintiffs and to the District of

Columbia Superior Court that the case has been removed to the United States District Court for the District of Columbia.

WHEREFORE, Defendant Headbangers, Inc. notifies all parties that this action has been removed to the United States District Court for the District of Columbia and that no further proceedings in this case will be had in District of Columbia Superior Court.

DATED: June 14, 2017

Respectfully submitted,

*/s/ Ira T. Kasdan*

_____
Ira T. Kasdan (D.C. Bar # 292474)
Bezalel A. Stern (D.C. Bar # 1025745)
Kelley Drye & Warren, LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007
ikasdan@kelleydrye.com
bstern@kelleydrye.com
Tel.: (202) 342-8864
Fax: (202) 342-8451
*Counsel for Defendant Headbangers, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that, on the 14th day of June, 2017, a copy of the foregoing Notice of Removal and supporting documents was sent by first-class mail, to:

>Ari S. Casper
>The Casper Firm, LLC
>One South Street, 27th Floor
>Baltimore, MD 21202
>(410) 989-5097 (phone)
>(410) 630-7776 (facsimile)
>acasper@casperfirm.com
>
>*Counsel for Plaintiffs*
>
>Dr. Richard Ashby
>410 Clairborne Street
>Upper Marlboro, MD 20774
>
>Louis DiBella
>359 Sea Cliff Avenue
>Sea Cliff, NY 11579

                 /s/ Ira T. Kasdan
                Ira T. Kasdan
                KELLEY DRYE & WARREN LLP
                3050 K Street, N.W., Suite 400
                Washington, DC 20007
                (202) 342-8400 (phone)
                (202) 342-8451 (facsimile)
                Email: ikasdan@kelleydrye.com

                *Counsel for Defendant Headbangers, Inc.*